Paul W. **DOUGLASS**, Plaintiff–Appellant,

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION, Defendant–Appellee.**

No. 95–50007.

United States Court of Appeals, Fifth Circuit.

Nov. 15, 1995.

Paul W. Douglass, pro se, Gerrardstown, WV.

---

Cynthia Glass Bivins, John Joseph Franco, Jr., Groce Locke & Hebdon, San Antonio, TX, for defendant-appellee.

Before POLITZ, Chief Judge, and KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A majority of the Judges in active service, on the court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument.